Asphalt Paving and Contracting Company, Appellant, v. The City of New York, Respondent. (No. 2.) — Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.